EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Osvaldo Ortiz Medina | 2023 TSPR 56<br><br>211 DPR ___ |
| --- | --- |

Número del Caso:  TS-8,719


Fecha:  27 de abril de 2023


 Abogados del peticionario:


     Lcdo. Virgilio Mainardi Peralta
     Lcdo. Luis Manuel García Tous


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Osvaldo Ortiz Medina                    TS-8,719

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de abril de 2023.

Examinada la *Solicitud de reinstalación en cumplimiento de orden* que presentó el Sr. Osvaldo Ortiz Medina, se provee ha lugar y se ordena su reinstalación al ejercicio de la abogacía únicamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo